# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **CASE No.: 2:19-cr-0466-ACA-JHE** |
| § | |
| **ISHMYWEL CALID GREGORY,** § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEAL

COMES NOW, the Defendant ISHMYWEL CALID GREGORY, by and through his undersigned counsel, and hereby notifies the Court and all Parties hereto of his appeal from the convictions and sentences in the above-styled matter. Mr. Gregory has previously been found to be indigent and entitled to appointed counsel. He is therefore entitled, pursuant to 18 U.S.C. § 3006A(d)(7), to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by 28 U.S.C. § 1915(a).

Respectfully submitted on August 16, 2022.

BY: _____
STUART D. ALBEA
Attorney for Defendant
P.O. Box 2673
Tuscaloosa, AL 35403-2673
Tel (205) 248-9556
Fax (205) 449-5813

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of foregoing was filed electronically and notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

    Done on August 16, 2022.

_____
STUART D. ALBEA