Ishmywel G[regory]
P.O. Box 1240
Columbiana, AL 35051

FILED
2022 Aug-22 PM 02:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2022 AUG 15 A 10:38
[U.S. DISTRICT COURT]
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA  )
   Plaintiff   )
   vs   )   Case No
Ishmywel Gregory   )   NOTICE OF APPEAL
   Defendant.   )

Comes Now the Defendant, Ishmywel Gregory, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this court on Aug 9, 2022.

Respectfully submitted this 15th day of Aug, 2022.

Ishmywel Gregory
*/s/ Ishmywel Gregory*